FILED
2026 Aug-17 PM 06:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

**Jacob Mars**

| | |
|---|---|
| **From:** | Robin Black <rblackal@gmail.com> |
| **Sent:** | Friday, June 12, 2026 5:33 PM |
| **To:** | Gibbs, Erica |
| **Subject:** | Notice of Litigation – Freedom Life Insurance Company of America Added as Defendant (CV-2026-000019.00) |

**Caution: External email. Do not open attachments or click on links if you do not recognize the sender.**

To Whom It May Concern:

Please be advised that Freedom Life Insurance Company of America has been named as an additional Defendant in **Black v. Vega**, Case No. **CV-2026-000019.00**, currently pending in the Circuit Court of DeKalb County, Alabama.

The Court has granted Plaintiff's Motion for Leave to Amend the Complaint to add Freedom Life Insurance Company of America as a Defendant based upon evidence obtained after the original filing. Attached for your records are copies of the Court's Order granting the amendment, the filed Amended Complaint, and the accompanying Evidence Packet.

This notice is being transmitted to the publicly available contact information associated with Freedom Life Insurance Company of America, including the common corporate address and email address published by USHEALTH Group for Freedom Life Insurance Company of America. Publicly available information identifies Freedom Life Insurance Company of America as a wholly owned subsidiary of USHEALTH Group, Inc., and lists the same corporate contact information for communications directed to Freedom Life. This correspondence is intended solely to provide notice to the entity named in the Amended Complaint and should not be construed as a legal conclusion regarding the liability of any other entity.

Formal service of process is being initiated in accordance with applicable law and should be received shortly.

If Freedom Life Insurance Company of America is represented by counsel with respect to this matter, please have counsel contact me regarding future communications.

Respectfully,

Robin Black
1812 Alabama Ave. NW
Fort Payne, AL 35967
(615) 519-8324
rblackal@gmail.com

Vega - Motion Granted add Freedom.pdf

AMENDED Vega Complaint.pdf

AMENDED Vega Evidence Packet June 2026.pdf