FILED
2026 Aug-17 PM 06:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

ELECTRONICALLY FILED
6/10/2026 9:47 AM
28-CV-2026-000019.00
CIRCUIT COURT OF
DeKALB COUNTY, ALABAMA
TODD GREESON, CLERK

**IN THE CIRCUIT COURT OF DEKALB COUNTY, ALABAMA**

| | | |
|---|---|---|
| BLACK ROBIN,<br>Plaintiff, | ) | |
| V. | ) | Case No.: CV-2026-000019.00 |
| VEGA JOHATHAN JOSEPH,<br>Defendant. | ) | |

RECEIVED
JUN 22 2026
LEGAL DEPARTMENT

**ORDER**

MOTTION TO AMEND COMPLAINT AND ADD ADDITIONAL DEFENDANT filed by BLACK ROBIN is hereby GRANTED.

Freedom Life Insurance Company of America is added as a party defendant.

The Plaintiff shall perfect service on the party pursuant to the Alabama Rules of Civil Procedure.

**DONE this 10th day of June, 2026.**

**/s/ ANDREW J. HAIRSTON**
**CIRCUIT JUDGE**

**IN THE CIRCUIT CIVIL COURT OF DEKALB COUNTY, ALABAMA**

| | | |
|---|---|---|
| **ROBIN BLACK,**<br>**Plaintiff,**<br><br>**v.**<br><br>**JONATHAN JOSEPH VEGA and**<br>**FREEDOM LIFE INSURANCE**<br>**COMPANY OF AMERICA**<br>**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO.**<br><br>**CV-2026-000019.00** |

**1st AMENDED COMPLAINT**

**COMES NOW** Plaintiff, Robin Black ("Plaintiff"), and states her complaint against Defendants, Jonathan Joseph Vega and Freedom Life Insurance Company of America (individually and collectively as"Defendant(s)") as follows:

**PARTIES**

1. Plaintiff is an adult resident of DeKalb County, Alabama.

2. Upon information and belief, Defendant Jonathan Joseph Vega is an individual residing in the State of Florida and is a licensed insurance agent (NPN #21557263), who conducts business in interstate commerce, including the marketing and sale of insurance products to residents of Alabama.

3. Upon information and belief, Defendant Freedom Life Insurance Company of America ("Freedom Life") is a Texas insurance company authorized to conduct business in Alabama and Florida. At all times relevant to this action, Freedom Life maintained an active appointment of Defendant Jonathan Joseph Vega (NPN #21557263) for the solicitation and sale of life and health insurance products. See Exhibit H.

**JURISDICTION AND VENUE**

4. This Court has jurisdiction pursuant to Alabama law and 47 U.S.C. § 227.

5. Venue is proper in DeKalb County because Plaintiff resides in this County and the unlawful communications were received in this County.

6. Plaintiff expressly limits the total amount of monetary damages sought in this action, exclusive of interest and taxable court costs, to an amount not exceeding Seventy-Four Thousand Nine Hundred Ninety-Nine Dollars and Ninety-Nine Cents ($74,999.99), and affirmatively disclaims any recovery in excess of that amount.

## BACKGROUND

7. Plaintiff is the subscriber and user of a cellular telephone number ending in 8324 ("Cell Phone Number").

8. Plaintiff registered her Cell Phone Number on the National Do Not Call Registry on November 17, 2004, and has maintained that registration continuously.

9. Plaintiff's telephone number is protected under Alabama's Do Not Call provisions. See Ala. Code § 8-19C-2.

10. Plaintiff has not provided Defendant with prior express written consent to receive telemarketing calls or text messages.

11. Despite this, Defendant initiated a pattern of unsolicited telemarketing communications to Plaintiff between March 7, 2026 and April 6, 2026.

## TELEMARKETING COMMUNICATIONS

12. Defendant initiated at least twenty-one (21) unsolicited telemarketing calls and text messages to Plaintiff from multiple telephone numbers, including (615) 757-5922 and (813) 440-4299.

### Text Messages from (615) 757-5922 (Spoofed Number)

13. Plaintiff received the following text messages:

- March 7, 2026 – 10:16 AM
- March 7, 2026 – 7:47 PM
- March 8, 2026 – 10:16 AM (Sunday - Outside of allowed telemarketing hours in AL)
- March 18, 2026 – 2:52 PM
- March 18, 2026 – 5:46 PM

- March 18, 2026 – 6:46 PM
- March 19, 2026 – 6:46 PM
- March 20, 2026 – 10:37 AM
- March 21, 2026 – 11:42 AM
- March 23, 2026 – 9:25 PM (Outside of allowed telemarketing hours in AL)

14. The March 23, 2026 communication occurred after 8:00 PM.

15. The March 8, 2026 communication occurred on a Sunday.

**Calls and Texts from (813) 440-4299 (goes to Defendant)**

16. Plaintiff received the following calls:

- March 24, 2026 – 9:03 AM
- March 24, 2026 – 9:05 AM
- March 25, 2026 – 7:11 PM (three consecutive calls)

17. Plaintiff received the following text messages:

- March 24, 2026 – 9:06 AM
- March 24, 2026 – 9:17 AM (included marketing flyer)
- March 24, 2026 – 3:21 PM
- March 25, 2026 – 7:11 PM
- March 28, 2026 – 11:12 AM
- April 6, 2026 – 4:44 PM

## MISREPRESENTATION OF IDENTITY

18. During the March 24, 2026 communication, Defendant identified himself as "Jonathan Locke."

19. Defendant later provided a marketing flyer identifying himself as Jonathan Joseph Vega (NPN #21557263).

20. Defendant's use of a false name constitutes a failure to identify himself truthfully as required under Alabama law.

## PATTERN AND PRACTICE

21. Defendant used multiple telephone numbers and repeated contacts in a manner designed to evade identification and continue solicitation.

22. The frequency and persistence of these communications demonstrate willful and knowing conduct.

## VICARIOUS LIABILITY / AGENCY

23. Upon information and belief, Defendant Vega was acting as an agent, representative, producer, contractor, and/or appointed insurance agent for Freedom Life Insurance Company of America in connection with the marketing and solicitation of health insurance products.

24. Plaintiff has repeatedly and unequivocally revoked any consent to receive telemarketing communications related to health insurance and has taken formal legal action to enforce those rights.

25. Notwithstanding these efforts, Defendant continued to initiate unsolicited telemarketing communications, reflecting a systemic failure to maintain lawful do-not-call compliance procedures.

26. The continued contact, even after clear revocation and prior legal enforcement, evidences willful and knowing conduct.

27. Florida Department of Financial Services records reflect that Defendant Vega maintained an active appointment with Freedom Life Insurance Company of America during the period in which the communications described herein occurred.

28. Upon information and belief, the communications at issue were made for the purpose of generating applications, policies, commissions, leads, customers, or other business benefiting Freedom Life.

29. Upon information and belief, Freedom Life knew or should have known that its appointed agents and producers were engaging in telemarketing activities to solicit prospective insureds.

30. To the extent discovery confirms actual authority, apparent authority, ratification, agency, or benefit, Freedom Life Insurance Company of America is jointly and severally liable for the conduct alleged herein.

31. To the extent Defendant acted on behalf of any other third party, such party is vicariously liable for Defendant's conduct pursuant to the TCPA and Alabama law.

## **COUNT I – ALABAMA DO NOT CALL VIOLATIONS**

(Ala. Code § 8-19C-2, § 8-19C-7)

32. Plaintiff incorporates all prior paragraphs.

33. Defendant initiated multiple telephone solicitations to Plaintiff despite her registration on the Do Not Call Registry.

34. Defendant violated Ala. Code § 8-19C-2.

35. Upon information and belief, Freedom Life is vicariously liable for the acts of Defendant Vega because Vega was acting within the scope of his appointment and agency relationship with Freedom Life.

36. Plaintiff received more than one solicitation within a 12-month period.

## **COUNT II – FAILURE TO IDENTIFY TELEPHONE SOLICITOR**

(Ala. Code § 8-19C-5; § 8-19A-12)

37. Plaintiff incorporates all prior paragraphs.

38. Defendant failed to identify himself truthfully.

39. Defendant used the alias "Jonathan Locke."

40. This conduct violates Alabama law requiring disclosure of a solicitor's true identity.

41. Upon information and belief, Freedom Life is liable for the acts and omissions of its appointed agent committed within the course and scope of his solicitation activities.

## COUNT III – VIOLATION OF THE TCPA (DO NOT CALL REGISTRY)

(47 U.S.C. § 227; 47 C.F.R. § 64.1200)

42. Plaintiff incorporates all prior paragraphs.

43. Defendant initiated more than one telemarketing call and/or text message within a 12-month period to a number listed on the National Do Not Call Registry.

44. Defendant lacked prior express written consent.

45. Each communication constitutes a separate violation.

46. Defendant's conduct was knowing and willful.

47. Under federal common-law agency principles recognized under the TCPA, a seller may be held vicariously liable for unlawful telemarketing conducted by its agents or representatives.

48. Upon information and belief, Defendant Vega was acting to market, solicit, or generate business for Freedom Life at the time of the communications described herein.

49. Accordingly, Freedom Life is jointly and severally liable for the TCPA violations alleged herein.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and award:

**a.** Statutory damages of up to **$2,000 per violation** under Ala. Code § 8-19C-7, totaling up to **$48,000**;

**b.** Statutory damages of **$1,500 per violation** for willful violations, totaling up to **$33,000**;

**c.** Injunctive relief prohibiting Defendant from further telemarketing communications to Plaintiff;

**d.** Costs of this action;

**e.** For all damages and relief awarded against Defendants, including any person or entity later identified through discovery as having directed, authorized, ratified, or benefited from the conduct at issue;

**f.** Plaintiff expressly waives and disclaims any recovery of monetary damages in excess of Seventy-Four Thousand Nine Hundred Ninety-Nine Dollars and Ninety-Nine Cents ($74,999.99), exclusive of interest and taxable court costs.

**g.** Such other and further relief as the Court deems just and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY**

/s/ Robin Black 6/10/26

**ROBIN BLACK, Plaintiff**

rblackal@gmail.com

1812 Alabama Avenue, NW

Fort Payne, AL 35967

(615) 519-8324

## CERTIFICATE OF SERVICE

I certify that on June 12, 2026, I served a copy of the foregoing via the United States Postal Service, first class postage prepaid, on the following:

**Freedom Life Insurance Company of America**
**ATTN: Legal Complaince**
**300 Burnett Street, Suite 200**
**Fort Worth, Texas 76102-2734**

/s/ Robin Black 6/12/26

**ROBIN BLACK, Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on June 12, 2026, I served a copy of the foregoing via the United States Postal Service, first class postage prepaid, on the following:

**Jonathan Joseph Vega**
12198 SE 96 TERR
BELLEVIEW, FL 34420

/s/ Robin Black 6/12/26

**ROBIN BLACK, Plaintiff**

# PLAINTIFF'S SUMMARY OF CLAIMS
## Black v. Vega and Freedom Life Insurance Company of America
## Circuit Court of DeKalb County, Alabama

### OVERVIEW

This case involves 22 unsolicited telemarketing calls and text messages made by Defendants Jonathan Joseph Vega, a licensed insurance agent, and Freedom Life Insurance Company of America, to Plaintiff's cellular telephone number despite Plaintiff's long-standing registration on the National Do Not Call Registry.

### KEY FACTS

- Plaintiff's number has been on the National Do Not Call Registry since November 17, 2004
- Defendants made 22 telemarketing communications between March 7, 2026 and April 15, 2026
- Communications came from (615) 757-5922 and (813) 440-4299
- Defendants did not have prior express written consent
- Florida licensing records reflect that Vega maintained an active appointment with Freedom Life Insurance Company of America during the period of the violations.

### NOTABLE VIOLATIONS

- Sunday contact (March 8, 2026)
- After-hours contact (March 23, 2026 – 9:25 PM)
- False identity: 'Jonathan Locke' vs. Jonathan Vega (NPN#21557263) Repeated and back-to-back calls demonstrating pattern conduct

### LEGAL CLAIMS

- Alabama Do Not Call Statute (Ala. Code § 8-19C-2)
- Failure to Identify Solicitor (Ala. Code § 8-19A-12)
- Telephone Consumer Protection Act (47 U.S.C. § 227)
- Vicarious liability and agency principles under Alabama law and the TCPA.

### DAMAGES SOUGHT

- Alabama: up to $42,000
- Federal TCPA: $31,500

**RELIEF REQUESTED**

- Statutory damages under state and federal law
- Injunctive relief prohibiting further contact
- Costs and any additional relief deemed appropriate

# EXHIBIT A – CALL & TEXT SUMMARY

Summary of 22 unsolicited telemarketing communications between March 7, 2026 and April 15, 2026.

# EXHIBIT A – CALL & TEXT SUMMARY

| # | Date | Time | Type | Phone Number | Description / Notes |
|---|---|---|---|---|---|
| 1 | 3/7/2026 | 10:16 AM | Text | (615) 757-5922 | Initial unsolicited marketing text |
| 2 | 3/7/2026 | 7:47 PM | Text | (615) 757-5922 | Follow-up marketing text |
| 3 | 3/8/2026 | 10:16 AM | Text | (615) 757-5922 | Sunday contact (AL violation) |
| 4 | 3/18/2026 | 2:52 PM | Text | (615) 757-5922 | Continued solicitation |
| 5 | 3/18/2026 | 5:46 PM | Text | (615) 757-5922 | Continued solicitation |
| 6 | 3/18/2026 | 6:46 PM | Text | (615) 757-5922 | Continued solicitation |
| 7 | 3/19/2026 | 6:46 PM | Text | (615) 757-5922 | Continued solicitation |
| 8 | 3/20/2026 | 10:37 AM | Text | (615) 757-5922 | Continued solicitation |
| 9 | 3/21/2026 | 11:42 AM | Text | (615) 757-5922 | Continued solicitation |
| 10 | 3/23/2026 | 9:25 PM | Text | (615) 757-5922 | After 8 PM (AL violation) |
| 11 | 3/24/2026 | 9:03 AM | Call | (813) 440-4299 | Call from Defendant |
| 12 | 3/24/2026 | 9:05 AM | Call | (813) 440-4299 | Repeat call |
| 13 | 3/24/2026 | 9:06 AM | Text | (813) 440-4299 | Used alias 'Jonathan Locke' |
| 14 | 3/24/2026 | 9:17 AM | Text | (813) 440-4299 | Provided flyer (Vega identity) |
| 15 | 3/24/2026 | 3:21 PM | Text | (813) 440-4299 | Continued solicitation |
| 16 | 3/25/2026 | 7:11 PM | Call | (813) 440-4299 | Missed call |
| 17 | 3/25/2026 | 7:11 PM | Call | (813) 440-4299 | Missed call |
| 18 | 3/25/2026 | 7:11 PM | Call | (813) 440-4299 | Missed call (3 back-to-back) |
| 19 | 3/25/2026 | 7:11 PM | Text | (813) 440-4299 | Continued solicitation |
| 20 | 3/28/2026 | 11:12 AM | Text | (813) 440-4299 | Continued solicitation |
| 21 | 4/6/2026 | 4:44 PM | Text | (813) 440-4299 | Continued solicitation |

# EXHIBIT B – DEMAND LETTER

Demand letter sent April 15, 2026 outlining violations.

April 15, 2026

Jonathan Joseph Vega
12198 SE 96 TERR
BELLEVIEW, FL 34420

Attn: Jonathan Joseph Vega, *( NPN# 21557263)*
Delivered via Text, Email, and USPS-certified mail

Re: Violations of the Telephone Consumer Protection Act (TCPA) and Alabama Code

Dear Mr. Vega;

I am contacting you today regarding communications to my phone that are in violation of the Federal TCPA as well as relevant sections of the Alabama Code. Each of these unwelcome and unwanted communications were made without my express, prior, written consent, as required by law. The illegal communications came to my phone number, **615-519-8324**, as follows:

1. 3/7/26 - 10:16 am - text from (615) 757-5922
2. 3/7/26 - 7:47 pm - text from (615) 757-5922
3. 3/8/26 SUNDAY- 10:16 am - text from (615) 757-5922 (**Outside of contact hours*)
4. 3/18/26 2:52 pm - text from (615) 757-5922
5. 3/18/26 5:46 pm - text from (615) 757-5922
6. 3/18/26 6:46 pm - text from (615) 757-5922
7. 3/19/26 6:46 pm - text from (615) 757-5922
8. 3/20/26 10:37 am - text from (615) 757-5922
9. 3/21/26 11:42 am -text from (615) 757-5922
10. 3/23/26 9:25 pm - text from (615) 757-5922 (**Outside of contact hours*)
11. 3/24/26 - 9:03 am - (813) 440-4299 - call from Jonathan Vega
12. 3/24/26 - 9:05 am - (813) 440-4299 - call from Jonathan Vega
13. 3/25/26 - 7:11 pm - (813) 440-4299 - call from Jonathan Vega
14. 3/25/26 - 7:11 pm - (813) 440-4299 - call from Jonathan Vega
15. 3/25/26 - 7:11 pm - (813) 440-4299 - call from Jonathan Vega (3 MISSED CALLS)
16. 3/24/26 - 9:06 am - (813) 440-4299 - text from Jonathan Vega
17. 3/24/26 - 9:17 am - (813) 440-4299 - text from Jonathan Vega - contact info and flyer.
18. 3/24/26 - 3:21 pm - (813) 440-4299 - text from Jonathan Vega
19. 3/25/26 - 7:11 pm - (813) 440-4299 - text from Jonathan Vega
20. 3/28/26 - 11:12 am - (813) 440-4299 - text from Jonathan Vega
21. 4/6/26 - 4:44 pm - (813) 440-4299 - text from Jonathan Vega

*47 U.S.C. §227(c)* makes two or more communications made within a 12-month period to

telephone lines listed on the National Do Not Call Registry a violation. The TCPA also provides for a private right of action, with each violation entitling me to a $500 penalty, which can be increased to $1,500 per violation. Additionally, *Alabama Code Section 8-19C-7* makes two or more communications made within a 12-month period to telephone lines of Alabama residents listed on the National Do Not Call Registry a violation. Alabama Code provides for a private right of action, with each violation entitling me to a $2000 penalty. My number was lawfully entered on the National Do Not Call Registry on November 17, 2004 (*evidence attached*).

In addition to the violations outlined above, your communications raise serious concerns regarding compliance with Florida insurance licensing laws. In your March 24, 2025, text message, you identified yourself as "Jonathan Locke," while your marketing materials clearly identify you as Jonathan Joseph Vega (NPN #21557263). The use of a false or alternate name in connection with the solicitation of insurance products constitutes a material misrepresentation and appears to violate Florida law, including but not limited to Fla. Stat. §626.611 and §626.621, which govern grounds for denial, suspension, or revocation of an insurance license, as well as §626.9541 prohibiting unfair or deceptive acts in the business of insurance. These matters will be included in formal complaints to the Florida Department of Financial Services and any other applicable regulatory authorities.

In the absence of the federally required, express, prior, written consent, or any qualifying "existing business relationship", you have violated the TCPA and Alabama Code as indicated above, thus affording me the right to pursue the statutory penalties described above, as well as the reasonable court costs.

The Alabama Telemarketing Act *(Alabama Code Section 8-19C-5)* makes it a violation to "knowingly utilize a method to block or otherwise circumvent the use of a caller identification service" and requires the caller to "identify...the company on whose behalf the solicitation is being made". My recordings of the calls prove this violation (*evidence attached via email)*. The code provides for a private right of action, with each violation of this section also entitling me to a $2000 penalty. Reasonable court costs for bringing a private right of action against you and your company are also recoverable in the event of a successful action for those violations.

Based on the number and method of the communications detailed above, the statutory penalties to which I would be entitled total **$80,500** ($1,500 for each Federal DNC violation [21 total] and $2,000 for each violation of the State DNC statute [23 total]). However, in the interest of helping you avoid the imposition and expense of civil litigation, I would like to afford you an opportunity to settle this matter for the amount of **$31,500**. In exchange for that amount, I will forgo any civil action, release you of all claims associated with the illegal communications named herein, and consider the matter closed.

Inasmuch as I am confident that the facts of this case would not support any manner of tenable defense for you, I would urge you to carefully consider accepting this generous, good faith offer to settle. Should you decline it, or fail to respond within ***5 days*** from its time-tracked delivery, please know that my offer is null and void and I reserve the privilege to pursue my rights.

Additionally, I hereby notify you to preserve all electronically stored information, recordings, copies, and backups, as defined by Rule 34 of the Federal Rules of Civil Procedure, along with any paper files that are maintained relevant to this dispute.

Finally, I would insist that you give me every assurance that the offending communications that are the subject of this matter will be the *very last* that I receive. I would also encourage you to take the necessary steps to ensure compliance with state and federal statutes moving forward, not only as a matter of protection from civil liability, but also as a courtesy to the millions of American consumers who are consistently plagued with these types of unwanted, illegal communications.

I look forward to your response, within ***5 days*** of your receipt of this notice, as directed above. I would ask that all further communication be in writing, if only as a means by which the content of that communication will be memorialized.

Respectfully,

Robin Black

Robin Black
1812 Alabama Ave. NW
Fort Payne, AL 35967
rblackal@gmail.com

# EXHIBIT C – DO NOT CALL REGISTRY

Proof of DNC registration since November 17, 2004.

Gmail

Robin Black <rblackal@gmail.com>

## National Do Not Call Registry - Your Registration Is Confirmed

1 message

**Verify@donotcall.gov** <Verify@donotcall.gov>
To: rblackal@gmail.com

Mon, Apr 15, 2024 at 4:09 PM

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 8324 on November 17, 2004. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

**********************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

**Robin Black - Do Not Call List Verification**

Activated November 17, 2004

Your company may also verify the registration yourself by:

- Visiting DoNotCall.gov
- Clicking the blue "Verify Here" button
- Following the verification steps on the website

You can also verify the number by calling (888) 382-1222 and following the prompts

# EXHIBIT D – FALSE IDENTITY TEXT

Text identifying Defendant as 'Jonathan Locke.'

7:01

+1 (813) 440-4299

Text Message • SMS
Tue, Mar 24 at 9:06 AM

Hey good morning! This is Jonathan Locke health advisor. My assistant Tia set us up for a 8am CST appointment. Got a little busy?

https://blinq.me/cmbhuvi7z0e2os60mvfryxuar?bs=icl

Here's my information!



# EXHIBIT E – MARKETING FLYER

Flyer identifying Defendant as Jonathan Vega (NPN #21557263).

7:01

+1 (813) 440-4299

Text Message • SMS
Tue, Mar 24 at 9:06 AM

Hey good morning! This is Jonathan Locke health advisor. My assistant Tia set us up for a 8am CST appointment. Got a little busy?

https://blinq.me/cmbhuvi7z0e2os60mvfryxuar?bs=icl

Here's my information!



# EXHIBIT F – IDENTITY COMPARISON

Alias vs true identity evidence.

7:01

+1 (813) 440-4299

Text Message • SMS
Tue, Mar 24 at 9:06 AM

Hey good morning! This is Jonathan Locke health advisor. My assistant Tia set us up for a 8am CST appointment. Got a little busy?

https://blinq.me/cmbhuvi7z0e2os60mvfryxuar?bs=icl

Here's my information!




+

# EXHIBIT G – DFS COMPLAINT

Complaint submitted to Florida DFS.

Florida Department of Financial Services records further reflect that Mr. Vega maintained an active appointment with Freedom Life Insurance Company of America during the relevant time period.

April 21, 2026

Division of Consumer Services
Florida Department of Financial Services
200 East Gaines St., Tallahassee, FL 32399-0320

**Subject:** Complaint Against Licensed Insurance Agent – Jonathan Joseph Vega (NPN #21557263)

Dear Sir or Madam,

I am writing to file a formal complaint against **Jonathan Joseph Vega**, a licensed insurance agent (NPN #21557263), regarding conduct that raises serious concerns about compliance with Florida insurance laws and regulations.

On March 24, 2025, I received a text message solicitation from Mr. Vega in which he identified himself as "Jonathan Locke, health advisor." This name does not match his licensed name. However, in subsequent communications, including a marketing flyer he provided, he identifies himself as Jonathan Vega and includes his NPN number. A copy of the text message and marketing materials are attached.

This discrepancy indicates that Mr. Vega is using an alias or false name in connection with the solicitation of insurance products. Such conduct appears to constitute a material misrepresentation and raises concerns under Florida Statutes, including but not limited to:

- **Fla. Stat. §626.9541** – Unfair or deceptive acts or practices
- **Fla. Stat. §626.611 / §626.621** – Grounds for denial, suspension, or revocation of license (including misrepresentation and lack of trustworthiness)

Additionally, I have reason to believe that Mr. Vega may be experiencing financial distress, including a default related to his residence. While I understand this alone may not constitute a violation, it may be relevant to an evaluation of trustworthiness and fitness under Florida licensing standards.

This conduct occurred in the context of a broader pattern of unsolicited telemarketing communications, which I am separately addressing under the Telephone Consumer Protection Act (TCPA).

I respectfully request that your office investigate this matter and determine whether disciplinary action is appropriate. I am available to provide additional documentation, including call recordings, text message logs, and related evidence.

Thank you for your time and attention to this matter.

Sincerely,

Robin Black

Robin Black
1812 Alabama Ave. NW
Fort Payne, AL 35967
rblackal@gmail.com

# EXHIBIT H – Freedom Life Insurance Company of America Appointment Record

Florida Department of Financial Services licensing records showing Defendant Jonathan Joseph Vega (NPN #21557263) maintained an active appointment with Freedom Life Insurance Company of America during the period relevant to this action.

BLAISE INGOGLIA
CHIEF FINANCIAL OFFICER
STATE OF FLORIDA

Licensee Search

# Licensee Detail

**License #:** G229212

**Business Address:** 12198 SE 96 TERR
BELLEVIEW, FL 34420

**Email:** JONATHANV1489@GMAIL.COM

**County:** Marion

**Full Name:** VEGA, JONATHAN JOSEPH

**Mailing Address:** 12198 SE 96 TERR
BELLEVIEW, FL 34420

**Phone:** (352) 875-2679

**NPN #:** 21557263

### Continuing Education Statistics

**CE Due Date:** 12/31/2027

**Continuing Education Status:** In Progress

**Number of Hours Required:** 24

**Number of Hours Completed:** 0

### Valid Licenses

| Type | Issue Date | Qualifying Appointment |
|---|---|---|
| LIFE INCL VAR ANNUITY & HEALTH (0215) | 4/14/2025 | YES |

### Active Appointments

**LIFE INCL VAR ANNUITY & HEALTH (0215)**

| Company Name | Issue Date | Exp Date |
|---|---|---|
| FREEDOM LIFE INSURANCE COMPANY OF AMERICA | 4/16/2025 | 12/31/2027 |

### Invalid Licenses

No invalid licenses found.

### Inactive Appointments

No inactive appointments found.