FILED
2026 Aug-17 PM 06:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

FILED
2026 Aug-17 PM 01:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

ROBIN BLACK,

Plaintiff,

v.

USHEALTH ADVISORS, LLC and
USHEALTH GROUP, INC.,

Defendants.
_______________________________________/

Case No. 1:25-cv-01365-CLM

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges to evaluate Possible disqualification or recusal, the undersigned counsel for Defendants USHEALTH Advisors, LLC ("USHA") and USHEALTH Group, Inc. ("USHG") discloses the following:

1. USHA's parent corporation is USHG.

2. USHG's parent corporation is Golden Rule Financial Corporation.

3. Both USHA and USHG are wholly-owned indirect subsidiaries of UnitedHealth Group Incorporated, which is a publicly traded corporation.

Dated: August 17, 2026

Respectfully submitted,

GREENSPOON MARDER LLP

/s/ *Roy Taub*

Jeffrey A. Backman (Fla. Bar No. 662501)
(*pro hac vice*)
Roy Taub (Fla. Bar No. 116263)
(*pro hac vice*)
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954-491-1120

Facsimile: 954-343-6958
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

HOLTSFORD GILLILAND HITSON HOWARD STEVENS TULEY & SAVARESE, P.C.

M. Andrew Donaldson (DON024)
P.O. Box 4128
Montgomery, AL 36103-4128
Phone: (334)215-8585
Fax: (334)215-7101
adonaldson@hglawpc.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 17, 2026, a true and correct copy of the foregoing was served on all counsel of record via CM/ECF.

*/s/ Roy Taub*
ROY TAUB