FILED
2026 Aug-17 PM 06:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT D

FILED
2025 Aug-19 PM 02:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

**ROBIN BLACK,**
**Plaintiff,**

**v.** **CASE NO.: ________________**

**USHEALTH ADVISORS, LLC,**
**and USHEALTH GROUP, INC.**
**Defendants**

## COMPLAINT

### Nature of this Action

1. Robin Black ("Plaintiff") brings this action against Defendants USHealth Advisors, LLC and USHealth Group, Inc. ("Defendants") under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA") and the Alabama Telemarketing Act, Ala. Code Title 8, Chapter 19A.

2. Upon information and good faith belief, Defendants routinely violate 47 C.F.R. §64.1200(c) and, in turn, 47 U.S.C. § 227(c)(5), by delivering, or causing to be delivered, multiple advertisement and marketing text messages and calls to residential telephone numbers registered with the National Do-Not-Call Registry ("DNC Registry") without prior express invitation or permission required by the TCPA.

### Jurisdiction and Venue

3. This Court has subject matter jurisdiction under 47 U.S.C. § 227(c)(5) and 28 U.S.C. § 1331.

4. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b) as a substantial portion of the events giving rise to this action occurred in this district.

5. In particular, Defendants delivered, or caused to be delivered, the subject text messages and calls to Plaintiff's residential cellular telephone in this district, and Plaintiff received the subject text messages and calls in this district.

**Parties**

6. Plaintiff is a natural person who at all relevant times resided in Fort Payne, Alabama.

7. Defendant, USHealth Group, INC., is a corporation headquartered at 300 Burnett St, Suite 200, Fort Worth, TX 76102.

8. Defendant USHealth Advisors, LLC is a corporation headquartered at 2563 SW Grapevine Pkwy, Grapevine, TX 76051-7072

**Factual Allegations**

9. Plaintiff is and has been the regular and sole user of cellular telephone number— 615-xxx-8x2x.

10. Plaintiff registered that number with the National Do Not Call registry (DNC), which is a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government. The number was entered on that registry on November 17, 2004.

11. Plaintiff and Defendants did not have a prior existing business relationship.

12. Plaintiff did not provide Defendants prior express written consent to any form of contact.

13. Defendant, directly and/or through lead generators and its affiliates, delivered, or caused to be delivered, at least 7 marketing calls and 37 marketing text messages to Plaintiff's cellular number.

13a. Marketing Calls:

1. On August 21, 2023, at 3:02 PM CST, Plaintiff received a phone call from (813) 940-0286, during which the caller identified himself as Alex Acevedo, an agent.
2. On August 24, 2023, at 11:24 AM CST, Plaintiff received a missed call from (813) 940-0286.
3. On August 24, 2023, at 3:02 PM CST, Plaintiff received a missed call from spoofed number (619) 344-0076.
4. On August 24, 2023, at 3:03 PM CST, Plaintiff received a phone call from spoofed number (619) 344-0076. This call was recorded, during which Plaintiff notified Mr. Acevedo of her Do Not Call status. Mr. Acevedo immediately hung up following this notification.
5. On September 3, 2024, at 4:48 PM CST, Plaintiff received a recorded call from (615) 392-2027. The caller identified herself as Angela Provost, who subsequently provided her personal number (801)

390-5459 via text message. LinkedIn identifies Angela Provost as a "Licensed Health Insurance Advisor with USHEALTH Advisors."

6. On September 5, 2024, at 12:31 PM CST, Plaintiff received a recorded phone call from (813) 942-2613 with an agent who identified himself as Chick Rosas.
7. On September 14, 2024, at 10:58 AM CST, Plaintiff received a recorded phone call from (308) 456-0087, during which the agent, Chick Rosas, provided his insurance license number.

13b. Marketing Texts:

1. On August 19, 2023, at 11:09 AM CST, Plaintiff received four (4) text messages from the spoofed number (409) 217-6020. *"Thorpe robin piano studio, I work with Brokers to set up Cost effective Healthcare rates…."*.
2. On August 21, 2023, at 11:21 AM CST, Plaintiff received one (1) text message from the spoofed number (409) 217-6020.
3. On August 21, 2023, at 5:39 PM CST, Plaintiff received one (1) text message from (813) 940-0286. *"Hey Robin its Alex! The higher end of the policies in the private side is coming out to being 470-$500 a month with no deductible under United healthcare's PPO Network."*
4. On August 22, 2023, at 9:37 AM CST, Plaintiff received two (2) text messages from (813) 940-0286. During this interaction, a policy was

Case 1:25-cv-01496-MBM Document 1-4 Filed 08/19/25 Page 5 of 12

also sent to her via email from Alex Acevedo (Alexyourhealthadvisor@gmail.com)

5. On September 25, 2023, at 11:11 AM CST, from (772) 265-1397, Plaintiff received the following text message: *"Thorpe robin piano studio, This is a follow-up regarding health coverage quotes Discussed either via text or call…"*

   Plaintiff received a total of five (5) text messages between September 25, 2023, and October 1, 2023 from this number.

6. On November 11, 2023, at 5:10 PM CST, from (775) 474-8808, Plaintiff received the following text message: *"Thorpe We can see you have been extremely productive lately, This is another MonthIy follow-up regrading HeaIthcare…"* Plaintiff received a total of four (4) text messages from this number between November 11 and November 15, 2023.

7. On November 18, 2023, at 3:12 PM CST, from (409) 977-9008, Plaintiff received the following text message: *"Happy Saturday! Thorpe Do not want to bother you at all. Just here to help…"* Plaintiff received a total of five (5) text messages from this number between November 18 and November 21, 2023.

8. On July 15, 2024, at 11:14 AM CST, from (804) 280-3964, Plaintiff received the following text message: *"Hey there, we have new PPO health plans without a deductible up for enrollment. Would you like*

*a quote? - Amanda"* Between July 15 and July 19, 2024, Plaintiff received six (6) text messages from this number, culminating in a Google Calendar invite from an individual identifying himself as Adam.

9. On August 28, 2024, at 9:28 AM CST, from (308) 456-0087, Plaintiff received a text message stating: *"Thorpe robin piano studio, we have new zero deductible PPO health plans up for enrollment. Would you like a quote? - Natalie*"
10. On September 4, 2024, at 7:47 PM CST, Plaintiff received a text message from (308) 456-0087.
11. On September 5, 2024, at 7:45 AM CST, Plaintiff received a text message from (308) 456-0087, outside of legally permitted telemarketing contact hours.
12. On September 5, 2024, at 9:29 AM CST, from (308) 456-0087, Plaintiff received a text message stating: *"Perfect! I have you on the schedule for 1:30pm. My senior advisor, Chick, will be reaching out to assist you further."*
13. On September 5, 2024, at 12:50 PM CST, Plaintiff received a text message from (813) 942-2613, which the agent, Chick Rosas identified as his personal cell phone. *"Hey Robin this is Chick your Health Advisor we just spoke on the phone. Here is my direct number…"*

14. On September 6, 2024, at 2:58 PM CST, Plaintiff received a text message from (308) 456-0087.

15. On September 14, 2024, at 11:06 AM CST, Plaintiff received a text message from (813) 942-2613, again identified as the agent's personal cell phone.

16. On January 13, 2025, at 11:00 AM CST, Plaintiff received a text message from (270) 310-5138. Plaintiff received a total of two (2) text messages from this number. *"Hey its Chick. I gave you my NPN National Producer Number. You should have my personal cell but I can text you over a reminder with my card."*

14. The purpose of these communications was to advertise and solicit enrollment in Defendant's health insurance products.

15. Plaintiff did not give Defendants prior express consent or permission to deliver, or cause to be delivered, advertisement or marketing text messages or calls.

16. Plaintiff did not request information, promotional materials, or any communications from Defendant. Plaintiff never provided her telephone number to Defendants. Plaintiff did not sign up for or request text messages from Defendants.

17. Plaintiff suffered actual harm as a result of the subject text messages and calls in that she suffered an invasion of privacy, an intrusion into her life, and a private nuisance.

18. Defendant knew, or should have known, that Plaintiff's number was on the DNC Registry and was further made aware on multiple occasions that Plaintiff did not wish to be contacted. Despite these clear notices, Defendant repeatedly initiated, or caused to be initiated, unsolicited telemarketing solicitations to Plaintiff, demonstrating a willful disregard of her rights and amounting to harassment.

**Count One**
**(Telephone Consumer Protection Act)**
**Violation of 47 U.S.C. § 227(c)(5)**

19. Plaintiff realleges and incorporates the foregoing paragraphs as though set forth fully herein.

20. In 2003, the Federal Communications Commission ("FCC") ruled that cellular telephone numbers that are placed on the DNC Registry are presumed to be residential. *In Re Rules & Regulations Implementing the Tel. Consumer Prot. Act of 1991,* 18 F.C.C. Rcd. 14014, 14039 (2003).

21. A text message is a "call" as defined by the TCPA. See *Duran v. La Boom Disco, Inc.,* 955 F.3d 279, 280 n.4 (2d Cir. 2020) ("It is undisputed that '[a] text message to a cellular telephone . . . qualifies as a 'call' within the compass of [the TCPA].'") (internal citation omitted); *Satterfield v. Simon & Schuster, Inc.,* 569 F.3d 946, 954 (9th Cir. 2009) (explaining that a text message is a "call" as defined by the TCPA).

22. The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

23. Section 64.1200(e) provides that §§ 64.1200(c) and (d) "are applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers."

24. Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" bring a private action based on a violation of those regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47 U.S.C. § 227(c).

25. Defendants violated 47 C.F.R. § 64.1200(c) by initiating, or causing to be initiated, telephone solicitations to persons such as Plaintiff who registered their respective residential telephone numbers with the DNC Registry, which is a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

26. Defendants violated 47 U.S.C. § 227(c)(5) because it delivered, or caused to be delivered, to Plaintiff more than one solicitation text message in a 12-month period in violation of 47 C.F.R. § 64.1200.

27. Defendants knew it was initiating, or causing to be initiated, telephone solicitations to cellular telephone numbers.

28. As a result of Defendants' violations of 47 U.S.C. § 227(c)(5) and 47 C.F.R. § 64.1200, Plaintiff is entitled to damages in an amount to be proven at trial.

**Count Two**

**(Alabama Telemarketing Protection Act)**

**Violation of Ala. Code 2024, 8-19C-et. seq.**

29.Plaintiff realleges and incorporates the foregoing paragraphs as though set forth fully herein.

30.The Alabama Telemarketing Act prohibits telephone solicitations to persons on the DNC Registry absent express consent or an established business relationship.

31. In the absence of the federally required express written prior consent of Plaintiff or any qualifying existing business relationship, Defendants previously pled actions violating the TCPA and DNC also constitute violations of Alabama's telemarketing protection statutes.

**Prayer for Relief**

Case 1:25-cv-01496-GMB Document 1 Filed 08/19/25 Page 11 of 12

WHEREFORE, Plaintiff respectfully prays that judgment be entered in her favor against Defendant as follows:

(a) Declaring that Defendant's conduct violates the TCPA and Alabama Telemarketing Act;

(b) Enjoining Defendant from making further unsolicited telemarketing calls or texts to Plaintiff and other individuals registered on the DNC Registry;

(c) Awarding Plaintiff statutory damages of $500 per violation of the TCPA, and treble damages of $1,500 per willful or knowing violation

(d) Awarding Plaintiff damages under the Alabama Telemarketing Act (Ala. Code 2024, 8-19C-et. seq.)

(e) Awarding costs, expenses, and reasonable attorneys' fees;

(f) Awarding such other and further relief as this Court deems just and proper.

**Demand for Jury Trial**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury of any and all triable issues.

***Attorneys for Plaintiff***

/s/ Michael F. Braun
______________________________

Michael F. Braun (4167U50M)
5016 Centennial Blvd., Ste. 200
Nashville TN 37209
(615) 378-8942
mfb@braun-law.com

/s/ L. Landis Sexton
____________________________

L. Landis Sexton (5057N71L)
3116 Southview Avenue
Montgomery, AL 36106
(334) 303-9359
Landis7777@gmail.com

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

FILED
2025 Aug-19 PM 02:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as require[d by law, except as] provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Cler[k of Court for the] purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Robin Black

**(b)** County of Residence of First Listed Plaintiff ____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Michael Braun, 5016 Centennial Blvd. #200 Nashville TN 37209

**DEFENDANTS**

USHEALTH ADVISORS, LLC
USHEALTH GROUP, INC

County of Residence of First Listed Defendant ____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☒ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
47 U.S.C. §227

Brief description of cause:
Violation of TCPA

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P. **DEMAND $**

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE ____ DOCKET NUMBER ____

DATE
19 AUG 25

SIGNATURE OF ATTORNEY OF RECORD
/s/ Michael F. Braun

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.