FILED
2026 Aug-17 PM 06:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **ROBIN BLACK,**<br>**Plaintiff,** | |
| **v.** | **Case No. 1:25cv-01365-CLM** |
| **USHEALTH ADVISORS, LLC, and USHEALTH GROUP, INC.**<br>**Defendants.** | |

**PLAINTIFF ROBIN BLACK'S SUPPLEMENTAL RESPONSE TO DEFENDANT USHEALTH ADVISORS, LLC'S FIRST SET OF INTERROGATORIES**

1. Robin Black, Plaintiff – 1812 Alabama Avenue NW, Fort Payne, AL 35967

   Landis Sexton, Attorney – 3116 Southview Avenue, Montgomery, AL 36106

   Michael Braun, Attorney – 5016 Centennial Blvd, Ste. 200, Nashville TN 37209

2. At the time of the filing of the case, as stated in the Complaint paragraphs 13-16 I had received the 7 calls and 37 texts. Later, with the case ongoing, I continued to receive calls, and I have filed a separate case in Dekalb County, Alabama; about those ongoing calls from an agent not named as a defendant in this case.

Marketing Calls:

1. On August 21, 2023, at 3:02 PM CST, Plaintiff received a phone call from (813) 940-0286, during which the caller identified himself as Alex Acevedo, an agent.
2. On August 24, 2023, at 11:24 AM CST, Plaintiff received a missed call from (813) 940-0286.
3. On August 24, 2023, at 3:02 PM CST, Plaintiff received a missed call from spoofed number (619) 344-0076.
4. On August 24, 2023, at 3:03 PM CST, Plaintiff received a phone call from spoofed number (619) 344-0076. This call was recorded, during which Plaintiff notified Mr. Acevedo of her Do Not Call status. Mr. Acevedo immediately hung up following this notification.
5. On September 3, 2024, at 4:48 PM CST, Plaintiff received a recorded call from (615) 392-2027. The caller identified herself as Angela Provost, who subsequently provided her personal number (801) 390-5459 via text message. LinkedIn identifies Angela Provost as a "Licensed Health Insurance Advisor with USHEALTH Advisors."

6. On September 5, 2024, at 12:31 PM CST, Plaintiff received a recorded phone call from (813) 942-2613 with an agent who identified himself as Chick Rosas.

7. On September 14, 2024, at 10:58 AM CST, Plaintiff received a recorded phone call from (308) 456-0087, during which the agent, Chick Rosas, provided his insurance license number.

Marketing Texts:

8. On August 19, 2023, at 11:09 AM CST, Plaintiff received four (4) text messages from the spoofed number (409) 217-6020. "Thorpe robin piano studio, I work with Brokers to set up Cost effective Healthcare rates….".

9. On August 21, 2023, at 11:21 AM CST, Plaintiff received one (1) text message from the spoofed number (409) 217-6020.

10. On August 21, 2023, at 5:39 PM CST, Plaintiff received one (1) text message from (813) 940-0286. "Hey Robin its Alex! The higher end of the policies in the private side is coming out to being 470-$500 a month with no deductible under United healthcare's PPO Network."

11. On August 22, 2023, at 9:37 AM CST, Plaintiff received two (2) text messages from (813) 940-0286. During this interaction, a policy was also sent to her via email from Alex Acevedo (Alexyourhealthadvisor@gmail.com)

12. On September 25, 2023, at 11:11 AM CST, from (772) 265-1397, Plaintiff received the following text message: "Thorpe robin piano studio, This is a follow-up regarding health coverage quotes Discussed either via text or call…" Plaintiff received a total of five (5) text messages between September 25, 2023, and October 1, 2023 from this number.

13. On November 11, 2023, at 5:10 PM CST, from (775) 474-8808, Plaintiff received the following text message: "Thorpe We can see you have been extremely productive lately, This is another Monthly follow-up regrading Healthcare…" Plaintiff received a total of four (4) text messages from this number between November 11 and November 15, 2023.

14. On November 18, 2023, at 3:12 PM CST, from (409) 977-9008, Plaintiff received the following text message:

"Happy Saturday! Thorpe Do not want to bother you at all. Just here to help…" Plaintiff received a total of five (5) text messages from this number between November 18 and November 21, 2023.

15. On July 15, 2024, at 11:14 AM CST, from (804) 280-3964, Plaintiff received the following text message: "Hey there, we have new PPO health plans without a deductible up for enrollment. Would you like a quote? - Amanda" Between July 15 and July 19, 2024, Plaintiff received six (6) text messages from this number, culminating in a Google Calendar invite from an individual identifying himself as Adam.

16. On August 28, 2024, at 9:28 AM CST, from (308) 456-0087, Plaintiff received a text message stating: "Thorpe robin piano studio, we have new zero deductible PPO health plans up for enrollment. Would you like a quote? - Natalie"

17. On September 4, 2024, at 7:47 PM CST, Plaintiff received a text message from (308) 456-0087.

18. On September 5, 2024, at 7:45 AM CST, Plaintiff received a text message from (308) 456-0087, outside of legally permitted telemarketing contact hours.

19. On September 5, 2024, at 9:29 AM CST, from (308) 456-0087, Plaintiff received a text message stating: "Perfect! I have you on the schedule for 1:30pm. My senior advisor, Chick, will be reaching out to assist you further."

20. On September 5, 2024, at 12:50 PM CST, Plaintiff received a text message from (813) 942-2613, which the agent, Chick Rosas identified as his personal cell phone. "Hey Robin this is Chick your Health Advisor we just spoke on the phone. Here is my direct number…"

21. On September 6, 2024, at 2:58 PM CST, Plaintiff received a text message from (308) 456-0087.

22. On September 14, 2024, at 11:06 AM CST, Plaintiff received a text message from (813) 942-2613, again identified as the agent's personal cell phone.

23. On January 13, 2025, at 11:00 AM CST, Plaintiff received a text message from (270) 310-5138. Plaintiff received a total of two (2) text messages from this number. "Hey its

Chick. I gave you my NPN National Producer Number. You should have my personal cell but I can text you over a reminder with my card."

24. 9/30/25 - 1:01 pm - text from (702) 487-4629
25. 9/30/25 - 2:58 pm - text from (702) 487-4629
26. 10/01/25 - 1:52 pm - text from (702) 487-4629
27. 10/01/25 - 1:53 pm - text from (702) 487-4629
28. 10/01/25 - 5:15 pm - text from (702) 487-4629
29. 10/02/25 - 10:20 am - text from (702) 487-4629
30. 10/02/25 - 2:15 pm - text from (702) 487-4629
31. 10/02/25 - 2:41 pm - text from (702) 487-4629
32. 10/02/25 - 2:30 pm - call from (615) 455-9080

3. These are fully described in my answer 2 above.
4. I demand both federal and state statutory damages per call and text for each of the calls and texts set forth above in number 2. I also assert damages for the ongoing operation of United Health's marketing apparatus that won't quit calling me, even when its own general counsel said that I would he placed on the Do Not Call list. The phone calls are statutory $2,000 state and $1,500 federal, plus additional $2,000 per spoof. This is multiplied by the 7

calls and 37 texts. I will supplement shortly with the ongoing calls since the complaint was filed.

5. Sued them twice before and they settled and still do it. Still doing it now after this litigation. The general counsel literally said she would get me on the internal do not call list.
6. Registered November 17, 2024. Sometime before that.
7. (a) 615-519-8324, Hunter Thorpe paid the bill 2004-2013; I paid the bill 2013-2017; and the line was added to Judge Michael Brownfield Family Plan from 2017 to current, Verizon.

   (b) 256-304-4613; Verizon; Michael Brownfield

   (c) Google voice 615-861-1246. VOIP, Verizon
8. It was used in connection with Robin Black Piano Studio.
9. Owner and operator, Thorpe Piano, Robin Black Piano Studios; Lear Logistics (business courier 2017-2020.
10. Same phone numbers as above on number 7.
11. I will do so shortly when we set the protective order finalized.
12. I will do so shortly when we set the protective order finalized.
13. I will do so shortly when we set the protective order finalized.
14. (a) Judge Michael Brownfield Family Plan (b) none (c)

I, Robin Black, have read the forgoing Interrogatories and affirm that the facts and allegations are true.

Robin Black
Robin Black

Executed before me this 31st day of July, 2026.

Kenyatte Hogan-McCall
Notary Public

KENYATTE HOGAN-MCCALL
NOTARY PUBLIC
STATE OF ALABAMA

11-22-2028
My Commission Expires

Dated: July 31, 2026.

Respectfully Submitted,

***Attorneys for Plaintiff***

*/s/ Michael F. Braun*
Michael F. Braun (4167U50M)
5016 Centennial Blvd., Ste. 200
Nashville TN 37209
(615) 378-8942
mfb@braun-law.com

*/s/ L. Landis Sexton*
L. Landis Sexton (5057N71L)
3116 Southview Avenue
Montgomery, AL 36106
(334) 303-9359
Landis7777@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 31, 2026, a true and correct copy of the foregoing was on all counsel of record via e-mail to:

Jeffrey A. Backman (Fla. Bar No. 662501)
(*limited admission*)
Roy Taub (Fla. Bar No. 116263)
(*limited admission*)
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954-491-1120
Facsimile: 954-343-6958
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

HOLTSFORD GILLILAND HITSON
HOWARD STEVENS TULEY &
SAVARESE, P.C.

M. Andrew Donaldson (DON024)
P.O. Box 4128
Montgomery, AL 36103-4128
Phone: (334)215-8585
Fax: (334)215-7101
adonaldson@hglawpc.com

*Attorneys for Defendants*
*USHEALTH Advisors, LLC*

*/s/ L. Landis Sexton*
L. LANDIS SEXTON