FILED
2026 Nov-23 PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

ROBIN BLACK,

Plaintiff,

v.

JONATHAN JOSEPH VEGA and
FREEDOM LIFE INSURANCE
COMPANY OF AMERICA,

Defendants.
_________________________________/

CASE NO.: 1:26-cv-01149-CLM

**DEFENDANT FREEDOM LIFE INSURANCE COMPANY OF AMERICA'S NOTICE OF FILING**

Defendant Freedom Life Insurance Company of America ("FLICA") hereby gives notice of the filing of a Motion to Consolidate by Defendant USHEALTH Advisors, LLC in *Black v. USHEALTH Advisors, LLC*, No. 1:25-cv-01365-CLM (N.D. Ala.), on November 23, 2026. FLICA joins in the Motion to Consolidate, which requests, pursuant to Fed. R. Civ. P. 42(a), entry of an order consolidating the *Black v. USHEALTH Advisors* action with this action. A true and correct copy of the Motion to Consolidate, with exhibits, is attached hereto as Exhibit 1.

Dated: November 23, 2026

Respectfully submitted,

GREENSPOON MARDER LLP
By: */s/ Roy Taub*
Jeffrey A. Backman
(*pro hac vice* application pending)
Roy Taub (*pro hac vice*)
Jacob Mars
(*pro hac vice* application forthcoming)
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954-491-1120
Facsimile: 954-213-0140
jeffrey.backman@gmlaw.com
roy.taub@gmlaw.com
jacob.mars@gmlaw.com
rene.vazquez@gmlaw.com
cheryl.cochran@gmlaw.com

HOLTSFORD GILLILAND HITSON
HOWARD STEVENS TULEY &
SAVARESE, P.C.
M. Andrew Donaldson (DON024)
P.O. Box 4128
Montgomery, AL 36103-4128
Phone: (334)215-8585
Fax: (334)215-7101
adonaldson@hglawpc.com

*Attorneys for Defendant Freedom Life Insurance Company of America*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 23, 2026, a true and correct copy of the foregoing was served via e-mail and U.S. first class mail upon the following:

Robin Black
1812 Alabama Avenue, NW
Fort Payne, AL 35967
(615) 519-8324
rblackal@gmail.com

*Plaintiff Pro Se*

*/s/ Roy Taub*
ROY TAUB